Date: September 22, 2003

To: Tracey Lewis
At: Griffing Swan & Lai

From: Sherry Ishikawa
sherry@triadhi.com

Re: Linda Blagrave

PLEASE BIND EFFECTIVE: _____
No coverage is bound until confirmed by our office! Quote is valid for 30 DAYS.

Signature and Date

We can offer a commercial general liability quotation with Nautilus Insurance Company at the following limits of liability:

| General Aggregate Limit | $1,000,000 |
|---|---|
| Prod/Comp Op Aggregate Limit | Included |
| Personal & Advertising Injury Limit | 1,000,000 |
| Each Occurrence Limit | 1,000,000 |
| Fire Damage Limit | 100,000 |
| Medical Expense Limit | 5,000 |
| Deductible (BI & PD incl LAE) per claim | 500 |

Terms and Conditions:

| | | | |
|---|---|---|---|
| x | Signed Application required to bind coverage | x | S091 Lead Contamination Exclusion |
| x | War, Military Action & Terrorism Exclusion | x | IL0021 Nuclear Energy Liability Exclusion |
| x | Amendment of Insuring agreement-Known Injury or Damage | x | S002 Contractual Liability Limitation (Incidental Contracts |
| x | S038 Amendment of Liquor Liability Exclusion | x | S222 Class Limitations |
| x | Quote includes1 Add'l Insured-Prem Fully Earned. | x | S261 Asbestos Exclusion |
| x | CG2144 Designated Premises Endorsement | x | S262 Silica Exclusion |
| x | Optional War & Terrorism Quote $100 + 4.68 Tax. Attached disclosure form must be signed and returned to bind coverage | | |
| x | S051 Additional Exclusions & Conditions Endt: Total Pollution; Employment Related Practices; Punitive or Exemplary Damages; Notice to Policyholders; Limitation-Other Insurance; Amendatory Endorsement-Employee Exclusion; Microorganisms, Biological Organisms, Bioaerosols or Organic Contaminants exclusion. | | |

| Premium: | $650.00 |
|---|---|
| Surplus Lines Tax: | 30.42 |
| Policy Fee: | 75.00 |
| TOTAL PREMIUM: | $755.42 |
| Commission: | 12% |

Quotes are valid for 30 days form the date of transmission. This quote may not contain all terms and conditions requested.

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*

48

**Exhibit B-6**

```
Agent's Name              Tracey Lewis
Agent's Agency            GSL
Customer's Name           Linda Blagrave/si
Street/P.O. Box
City/State/Zip
Policy Number
Policy Start Date         092203
Policy Expiration Date
Retroactive Date
```

Limit: 1000/1000-0 (71)

```
RMF     01.000 x 01.000 x 01.150 = 1.15
        Exmod. x Pkg.   x D/S    = RMF

RDF     01.000 x 01.000 x 01.000 = 1
        Co.Dev x D/S    x D/S    = RDF
```

| Loc | Code | Base | Incr | R.M.F. | R.D.F. | Exposure | Terr. | Rate | Premium |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 334-49451 | 2■3.50 | *1.00 | 1.15 | 1 | T10 | | 4.025 | 40 |
| 001 | *FLAT CHG AI | ■100 | *1.00 | *1.00 | 1 | 1 | | | 100 |

```
332 MINIMUM IS 0000
334 MINIMUM IS 0115                    332 ACTUAL IS    0
335 MINIMUM IS 0000                    334 ACTUAL IS   40
336 MINIMUM IS 0000                    335 ACTUAL IS    0
                                       336 ACTUAL IS    0
TOTAL PREMIUM IS 332 ACTUAL
             PLUS 334 MINIMUM            0.00 +
             PLUS 335 ACTUAL           115.00 +
             PLUS 336 ACTUAL             0.00 +
             PLUS *FLAT TOTAL            0.00 +
             EXPENSE CONSTANT          100.00 +
                                         0.00 +
TOTAL PREMIUM IS                      ----------
                                       215.00
```

C L A S S I F I C A T I O N S

49451 VACANT LAND - OTHER THAN NOT-FOR-PROFIT

INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*

49