10-16-2003 12:09 PM

**Sherry Ishikawa**

From: Tracey Lewis [traceyl@gslinsurance.com]
Sent: Monday, September 29, 2003 12:58 PM
To: sherry@triadhi.com
Subject: Linda Blagrave: General Liability Quote & Bind Order Effective 10/01/03

FAXED
2003 SEP 30 AM 11: 40


Linda Blagrave.pdf

Aloha Sherry,

Effective 10/01/03 please bind general liability coverage per your quote of $755.42 including taxes and fees (quote letter dated 09/22/03).

Attached is a copy of the signed application and TRIA election form. Insured is rejecting TRIA coverage. I will mail the original signed documents when they are received from insured.

Please advise assigned policy number as soon as possible so I can issue the certificate to The Estate of James Campbell per the application.

Thank you for your quote and doing business with us.

Mahalo!

Tracey L. Lewis, CIC
Griffing Swan & Lai Insurance Brokers, Inc.
700 Bishop Street, Suite 509
Honolulu, HI 96813
Phone: (808) 533-8410
Fax: (808) 528-3463
Email: traceyl@gslinsurance.com

DATE  9/30/03
CONFIRM COV. BOUND EFF. 10/1/03-04
POLICY # ASSIGNED  NC297875
____ CERT FOR A/I TO FOLLOW.   ____NO A/I
MAHALO!

1

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*      44

# Exhibit B-7

10-16-2003 12:09 PM

SEP-29-2003 MON 12:54 PM KAHUKU POLICE STATION     FAX NO. 808 293 5879     P. 03
Sep.22. 2003 8:58AM   Griffing, Swan, Lai INS BROKERS     No.8462   P. 3

# ACORD COMMERCIAL INSURANCE APPLICATION

DATE 07/09/2003

## APPLICANT INFORMATION SECTION

**PRODUCER** (808)531-1688
FAX (808)528-3463
Griffing Swan & Lai Insurance Brokers, Inc
P. O. Box 4617
700 Bishop St., Suite 509
Honolulu, HI 96812

**CARRIER** / **NAIC CODE** / **UNDERWRITER**

NC291815

**POLICIES OR PROGRAM REQUESTED**

**INDICATE SECTIONS ATTACHED**
- PROPERTY
- CRIME AND FIDELITY
- ACCOUNTS RECEIVABLE/VALUABLE PAPERS
- CRIME/MISCELLANEOUS CRIME
- TRANSPORTATION/MOTOR TRUCK CARGO
- EQUIPMENT FLOATER
- INSTALLATION/BUILDERS RISK
- ELECTRONIC DATA PROC
- [X] COMMERCIAL GENERAL LIABILITY
- BUSINESS AUTO
- TRUCKERS/MOTOR CARRIER
- GARAGE AND DEALERS
- VEHICLE SCHEDULE
- BOILER & MACHINERY
- WORKERS COMPENSATION
- UMBRELLA

**CODE:** / **SUB CODE:**
**AGENCY CUSTOMER ID** 00000382

### STATUS OF SUBMISSION
QUOTE / ISSUE POLICY
BOUND (Give Date and/or Attach Copy):
DATE ___ TIME ___ AM/PM

### PACKAGE POLICY INFORMATION
**PROPOSED EFF DATE** 10/01/2003
**PROPOSED EXP DATE** 10/01/2004
**BILLING PLAN** DIRECT BILL / AGENCY BILL
**PAYMENT PLAN** / **AUDIT**

## APPLICANT INFORMATION

**NAME** (First Named Insured & Other Named Insured(s))
Blagrave, Linda

**FEIN OR SOC SEC#**
**PHONE** (808)293-8081

**MAILING ADDRESS INCL ZIP+4** (of First Named Insured)
P.O. Box 262
Hauula, HI 96717

- INDIVIDUAL
- PARTNERSHIP
- CORPORATION
- JOINT VENTURE
- SUBCHAPTER "S" CORPORATION
- LIMITED CORPORATION
- NOT FOR PROFIT ORG
- OR _____ ID NUMBER

**INSPECTION CONTACT** / **PHONE**
**ACCOUNTING RECORDS CONTACT** / **PHONE**

## PREMISES INFORMATION

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| 00001 | | TMK No. 5-6-02:18<br>Kahuku        HI 96731 | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

Vacant Land

## GENERAL INFORMATION

EXPLAIN ALL "YES" RESPONSES

| | YES | NO |
|---|---|---|
| 1. IS THE APPLICANT A SUBSIDIARY OF ANOTHER ENTITY OR DOES THE APPLICANT HAVE ANY SUBSIDIARIES? | | X |
| 2. IS A FORMAL SAFETY PROGRAM IN OPERATION? | | X |
| 3. ANY EXPOSURE TO FLAMMABLES, EXPLOSIVES, CHEMICALS? | | X |
| 4. ANY CATASTROPHIC EXPOSURES? | | X |
| 5. ANY OTHER INSURANCE WITH THIS COMPANY OR BEING SUBMITTED? | | X |
| 6. ANY POLICY OR COVERAGE DECLINED, CANCELLED OR NON-RENEWED DURING THE LAST 3 YEARS? NOT APPLICABLE IN MO | | X |

| | YES | NO |
|---|---|---|
| 7. ANY PAST LOSSES OR CLAIMS RELATING TO SEXUAL ABUSE OR MOLESTATION ALLEGATIONS, DISCRIMINATION OR NEGLIGENT HIRING? | | X |
| 8. DURING THE LAST TEN YEARS, HAS ANY APPLICANT BEEN CONVICTED OF ANY DEGREE OF THE CRIME OF ARSON? (In HI, this question must be answered by any applicant for property insurance. Failure to disclose the existence of an arson conviction is a misdemeanor punishable by a sentence of up to one year of imprisonment.) | | X |
| 9. ANY UNCORRECTED FIRE CODE VIOLATIONS? | | X |
| 10. ANY BANKRUPTCIES, TAX OR CREDIT LIENS AGAINST THE APPLICANT IN THE LAST 5 YEARS? | | X |

**REMARKS**

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND (NY: SUBSTANTIAL) CIVIL PENALTIES. (NOT APPLICABLE IN CO, HI, NE, OH, OK, OR; IN ME AND VA, INSURANCE BENEFITS MAY ALSO BE DENIED)

**APPLICANT'S SIGNATURE** /s/ Linda Blagrave
**PRODUCER'S SIGNATURE** Linda Lai   TRACEY

ACORD 125 (7/98)    PLEASE COMPLETE REVERSE SIDE    © ACORD CORPORATION 1993

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*

45

## CONTRACTORS

| EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT DRAW PLANS, DESIGNS, OR SPECIFICATIONS FOR OTHERS? | | X | 4. DO YOUR SUBCONTRACTORS CARRY COVERAGES OR LIMITS LESS THAN YOURS? | | X |
| 2. DO ANY OPERATIONS INCLUDE BLASTING OR UTILIZE OR STORE EXPLOSIVE MATERIAL? | | X | 5. ARE SUBCONTRACTORS ALLOWED TO WORK WITHOUT PROVIDING YOU WITH A CERTIFICATE OF INSURANCE? | | X |
| 3. DO ANY OPERATIONS INCLUDE EXCAVATION, TUNNELING, UNDERGROUND WORK OR EARTH MOVING? | | X | 6. DOES APPLICANT LEASE EQUIPMENT TO OTHERS WITH OR WITHOUT OPERATORS? | | X |

REMARKS/DESCRIBE THE TYPE OF WORK SUBCONTRACTED | $ PAID TO SUBCONTRACTORS: | % OF WORK SUBCONTRACTED: | # FULL-TIME STAFF: | # PART-TIME STAFF:

## PRODUCTS/COMPLETED OPERATIONS

| PRODUCTS | ANNUAL GROSS SALES | # OF UNITS | TIME IN MARKET | EXPECTED LIFE | INTENDED USE | PRINCIPAL COMPONENTS |
|---|---|---|---|---|---|---|
| | | | | | | |

| EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For any past or present product or operation) | YES | NO |
|---|---|---|---|---|---|
| 1. DOES APPLICANT INSTALL, SERVICE OR DEMONSTRATE PRODUCTS? | X | | 6. PRODUCTS RECALLED, DISCONTINUED, CHANGED? | | X |
| 2. FOREIGN PRODUCTS SOLD, DISTRIBUTED, USED AS COMPONENTS? | | X | 7. PRODUCTS OF OTHERS SOLD OR RE-PACKAGED UNDER APPLICANT LABEL? | | X |
| 3. RESEARCH AND DEVELOPMENT CONDUCTED OR NEW PRODUCTS PLANNED? | | X | 8. PRODUCTS UNDER LABEL OF OTHERS? | | X |
| 4. GUARANTEES, WARRANTIES, HOLD HARMLESS AGREEMENTS? | X | | 9. VENDORS COVERAGE REQUIRED? | | X |
| 5. PRODUCTS RELATED TO AIRCRAFT/SPACE INDUSTRY? | | X | 10. DOES ANY NAMED INSURED SELL TO OTHER NAMED INSUREDS? | | X |

PLEASE ATTACH LITERATURE, BROCHURES, LABELS, WARNINGS, ETC

## ADDITIONAL INTEREST/CERTIFICATE RECIPIENT — ACORD 45 attached for additional names

| INTEREST | RANK | NAME AND ADDRESS | REFERENCE # | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| X ADDITIONAL INSURED<br>LOSS PAYEE<br>MORTGAGEE<br>LIENHOLDER<br>EMPLOYEE AS LESSOR | | The Estate of James Campbell<br>Its Successors and Assigns<br>Attn: Gloria<br>1001 Kamokila Blvd.<br>Kapolei, HI 96707 | | X | LOCATION: BUILDING:<br>VEHICLE: BOAT:<br>SCHEDULED ITEM NUMBER:<br>OTHER |

ITEM DESCRIPTION:

## GENERAL INFORMATION

| EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO | EXPLAIN ALL "YES" RESPONSES (For all past or present operations) | YES | NO |
|---|---|---|---|---|---|
| 1. ANY MEDICAL FACILITIES PROVIDED OR MEDICAL PROFESSIONALS EMPLOYED OR CONTRACTED? | | X | 12. ANY STRUCTURAL ALTERATIONS CONTEMPLATED? | | X |
| 2. ANY EXPOSURE TO RADIOACTIVE/NUCLEAR MATERIALS? | | X | 13. ANY DEMOLITION EXPOSURE CONTEMPLATED? | | X |
| 3. DO/HAVE PAST, PRESENT OR DISCONTINUED OPERATIONS INVOLVE(D) STORING, TREATING, DISCHARGING, APPLYING, DISPOSING, OR TRANSPORTING OF HAZARDOUS MATERIAL? (e.g. landfills, wastes, fuel tanks, etc) | | X | 14. HAS APPLICANT BEEN ACTIVE IN OR IS CURRENTLY ACTIVE IN JOINT VENTURES? | | X |
| | | | 15. DO YOU LEASE EMPLOYEES TO OR FROM OTHER EMPLOYERS? | | X |
| 4. ANY OPERATIONS SOLD, ACQUIRED, OR DISCONTINUED IN LAST 5 YEARS? | X | | 16. IS THERE A LABOR INTERCHANGE WITH ANY OTHER BUSINESS OR SUBSIDIARIES? | | X |
| 5. MACHINERY OR EQUIPMENT LOANED OR RENTED TO OTHERS? | | X | 17. ARE DAY CARE FACILITIES OPERATED OR CONTROLLED? | | X |
| 6. ANY WATERCRAFT, DOCKS, FLOATS OWNED, HIRED OR LEASED? | | X | 18. HAVE ANY CRIMES OCCURRED OR BEEN ATTEMPTED ON YOUR PREMISES WITHIN THE LAST THREE YEARS? | | |
| 7. ANY PARKING FACILITIES OWNED/RENTED? | | X | 19. IS THERE A FORMAL, WRITTEN SAFETY AND SECURITY POLICY IN EFFECT? | | |
| 8. IS A FEE CHARGED FOR PARKING? | | X | | | |
| 9. RECREATION FACILITIES PROVIDED? | | X | 20. DOES THE BUSINESSES' PROMOTIONAL LITERATURE MAKE ANY REPRESENTATIONS ABOUT THE SAFETY OR SECURITY OF THE PREMISES? | | |
| 10. IS THERE A SWIMMING POOL ON THE PREMISES? | | X | | | |
| 11. SPORTING OR SOCIAL EVENTS SPONSORED? | | X | | | |

REMARKS

ACORD 126-S (1/97)     ATTACH TO APPLICANT INFORMATION SECTION

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*

46

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Coverage under your _____ NEW or _____ RENEWAL policy may be affected as follows:

YOU SHOULD KNOW THAT COVERAGE THAT MAY BE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM, AS DEFINED UNDER THE ACT, IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY THE ACT. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

### SELECTION OR REJECTION OF TERRORISM INSURANCE COVERAGE
UNDER FEDERAL LAW, YOU MAY SELECT OR REJECT THIS OFFER OF COVERAGE FOR ACTS OF TERRORISM, AS DEFINED IN THE ACT. IF YOU SELECT COVERAGE, YOU MUST SUBMIT THE PREMIUM REQUIRED. IF YOU REJECT COVERAGE, YOU WILL NOT BE COVERED FOR LOSSES ARISING FROM ACTS OF TERRORISM, AS DEFINED IN THE ACT.

| | |
|---|---|
| ☐ | I hereby elect to purchase coverage, subject to the limitations of the Act, for acts of terrorism, as defined in the Act, for a premium of $_____. (Includes state stamping fee of $_____, state surplus tax of $_____, and other applicable state taxes or fees $_____). |
| ☒ | I hereby elect to have the endorsement that excludes coverage for acts of terrorism, as defined in the Act, endorsed to my policy. I understand that I will have no coverage for losses arising from acts of terrorism, as defined in the Act, and that they are specifically excluded from my policy. |

_Linda Blagrave_
Policyholder/Applicant's Signature

LINDA BLAGRAVE
Print Name

9-29-03
Date

NAUTILUS INSURANCE COMPANY
Insurance Company

NC297875
Policy Number

_____
Named Insured

S392 (12/02)

*Nautilus Insurance Company vs Blagrave; Civil No. 05-00662 SOM/LEK*
*Records from Triad Insurance Agency, Inc. taken 01/26/06*